UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2018
```

AVIVA TRUCKING SPECIAL LINES,

     Plaintiff,

  -against-

ASHE M. DARNELL ET AL.,

     Defendants.

18-cv-11180 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

  The plaintiff may file an amended complaint by **January 4, 2019**. The defendants may move to dismiss by **January 21, 2019**. Responses to any motions to dismiss are due by **February 8, 2019**. Replies are due by **February 22, 2019**.

SO ORDERED.

Dated: December 19, 2018
   New York, New York

             /s/ John G. Koeltl
            JOHN G. KOELTL
          United States District Judge

1